

# Fourth Court of Appeals
## San Antonio, Texas

February 27, 2014

No. 04-13-00346-CR

Jassen **BARNES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR9420
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

Sitting:        Sandee Bryan Marion, Justice
                  Marialyn Barnard, Justice
                  Rebeca C. Martinez, Justice

On February 18, 2014, appellant's counsel, Ms. Suzanne Kramer, filed a "Motion for Withdrawal and Substitution of Counsel." At a hearing held on that same date on a different matter, Ms. Kramer and Mr. John Carroll, who intends to substitute in for Ms. Kramer, were informed the motion did not comply with Texas Rule of Appellate Procedure 6.5(b) and (d) because the motion contained no indication that a copy of the motion had been delivered to appellant. Mr. Carroll informed the court an amended motion would be filed. No such motion has been filed.

Therefore, the "Motion for Withdrawal and Substitution of Counsel" is DENIED, and Ms. Kramer is hereby ORDERED to file an amended motion to withdraw and to substitute counsel that fully complies with Rule 6.5 no later than March 10, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court